```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  IAN L. GARRIQUES
    Assistant U.S. Attorney
 3  2500 Tulare Street, Suite 4401
    Fresno, California 93721
 4  Telephone: (559) 497-4000
    Facsimile: (559) 497-4099
 5
    Attorneys for the
 6  United States of America
 7
 8              IN THE UNITED STATES DISTRICT COURT FOR THE
 9                   EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,      )  Case No. 01:11-CR-00058-AWI
                                   )
12                 Plaintiff,      )  MOTION AND ORDER TO DISMISS
                                   )  INDICTMENT
13       v.                        )
                                   )
14  MARTIN PEREZ-ROCHA,            )
                                   )
15                 Defendant.      )
    _____)
16
17       Pursuant to Federal Rule of Criminal Procedure 48(a),
18  Plaintiff United States of America, by and through its attorneys
19  of record, BENJAMIN B. WAGNER, United States Attorney, and IAN L.
20  GARRIQUES, Assistant United States Attorney, hereby moves to
21  dismiss the indictment in this case without prejudice in the
22  interest of justice.
23  DATED: July 31, 2012              Respectfully submitted,
                                      BENJAMIN B. WAGNER
24                                    United States Attorney
25                              By:   /s/ Ian L. Garriques
                                      IAN L. GARRIQUES
26                                    Assistant U.S. Attorney
27
28
                                    1
```

**ORDER**

**IT IS HEREBY ORDERED** that the indictment in this case be dismissed without prejudice in the interest of justice.

IT IS SO ORDERED.

Dated: _____July 31, 2012_____  _____
CHIEF UNITED STATES DISTRICT JUDGE